UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| Tina M. Raynor, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| Carolyn W. Colvin, | ) | No. 5:14-CV-271-BO |
| *Acting Commissioner of Social Security*, | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's motion for judgment on the pleadings [DE 14] is GRANTED and defendant's motion for judgment on the pleadings [DE 16] is DENIED. The decision of the Administrative Law Judge is REMANDED to the Acting Commissioner for further proceedings.

This case is closed.

<u>**This judgment filed and entered on April 7, 2015, and served on:**</u>

Daniel R. Lauffer  (via CM/ECF Notice of Electronic Filing)
Peter A. Heinlein (via CM/ECF Notice of Electronic Filing)

April 7, 2015

JULIE RICHARDS JOHNSTON, CLERK

By: Deputy Clerk