IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-00271-BO

| | |
|---|---|
| TINA MICHELLE RAYNOR, )<br>    Plaintiff, )<br>)<br>v. )<br>)    **ORDER**<br>)<br>CAROLYN W. COLVIN, Acting )<br>Commissioner of Social Security, )<br>    Defendant. )<br>) | |

This is a Social Security case in which a judgment and order were entered reversing the Commissioner's Decision and remanding the case. The Plaintiff has moved for attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $5,984.00.

On the basis of Plaintiff's motion and supporting documents, IT IS ORDERED that the Commissioner of Social Security pay $5,984.00 in attorney's fees in full satisfaction of any claim for fees, costs, and other expenses pursuant to EAJA.

This the __7__ day of July 2015.

               Terrence Boyle
               United States District Judge